No. 69231.—Coles Cranes, Inc. v. United Sttaes, protests 61/6135–11757, 61/6138–11820, and 61/6139–11905 (Chicago).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained.

No. 69232.—Volvo Western Distributing, Inc., et al. v. United States, protests 63/1071, etc. (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the items of merchandise consist of metal and rayon safety belts, which are manufactures in chief value of metal, the claim of the plaintiffs was sustained.